UNITED STATES DISTRICK COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

**LUCIA GORDON,**

    **Plaintiff,**

v.                                          Case # 8:17-cv-257-T-30TBM

**LIFE INSURANCE COMPANY
OF NORTH AMERICA,**

    **Defendant.**

**NOTICE OF SETTLEMENT AND REQUEST FOR
ADMINISTRATIVE CLOSURE**

The Plaintiff, Lucia Gordon, by and through the undersigned attorney, hereby advises the court that the parties have reached an amicable settlement in principle. The parties have not yet consummated the paperwork necessary to a full resolution of this case, and the Plaintiff requests that the court administratively close this matter for 60 days pending a resolution of all paperwork related to the parties' settlement agreement.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the **21st** day of **July, 2017,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record: Steven Lehner, Esq., Hinshaw & Culbertson LLP, 100 South Ashley Drive, Suite 500, Tampa, FL 33602-5348 (Email: slehner@hinshawlaw.com).

                                                        **/s/ Amy Ray**
                                                        JOHN V. TUCKER, ESQUIRE
                                                        Florida Bar # 899917
                                                        AMY RAY, ESQUIRE
                                                        Florida Bar # 115793
                                                        TUCKER & LUDIN, P.A.
                                                        5235 16th Street North
                                                        St. Petersburg, FL 33703-2611
                                                        Telephone:    (727) 572-5000
                                                        Fax:              (727) 571-1415
                                                        E-Mail:       tucker@tuckerludin.com
                                                                          ray@tuckerludin.com
                                                        Attorneys for Plaintiff and Trial Counsel