UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCIA GORDON,

    Plaintiff,

vs.

    Case No. 8:17-CV-00257-JSM-TBM

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant
_____ /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their undersigned attorneys, and hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 15th day of August, 2017.

| TUCKER & LUDIN, P.A. | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ John V. Tucker | *s/Steven D. Lehner* |
| John V. Tucker | Steven D. Lehner |
| Florida Bar No. 899917 | Florida Bar No. 0039373 |
| Amy Ray, Esq. | 100 South Ashley Drive, Suite 500 |
| Florida Bar No. 115793 | Tampa, FL 33602 |
| 5235 16th Street North | Telephone: 813-276-1662 |
| St. Petersburg, FL 33703 | Facsimile: 813-276-1956 |
| Telephone: 727-572-5000 | ***ATTORNEY FOR DEFENDANT*** |
| Facsimile: 727-571-1415 | |
| ***ATTORNEYS FOR PLAINTIFF*** | |